|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PULL & BEAR ESPANA SA, et al., <br><br> Defendants. | Case No.  19-cv-07641-SI  (SI) <br><br> **PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **October 9, 2020 at 3:00 PM**.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **December 18, 2020**

DESIGNATION OF EXPERTS: **January 15, 2021**; REBUTTAL: **February 12, 2021**;
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **March 26, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by: **May 21, 2021**;
   Opp. Due: **June 4, 2021**; Reply Due: **June 11, 2021**;
   and set for hearing no later than **June 25, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **July 20, 2021 at 3:30 PM**.

JURY TRIAL DATE: **August 2, 2021 at 8:30 AM.**
   Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/11/2020

_____
SUSAN ILLSTON
United States District Judge

2