UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-07641-SI
Case Name: AirWair International Ltd. v. ITX USA Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Susan Illston | Alex Whitworth, Courtney Thompson, Kenneth Lee Marshall | Allan Anderson, Jerrold Abeles, Ross Panko, Ricardo Fischer, Danielle Bulger |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| August 5, 2021 | Ruth Levine Ekhaus | Esther Chung |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:33 AM | | | Court is in session. All parties and counsel are present. Matters discussed outside the presence of the jury. |
| | | 8:47 AM | | | Jury is now present. Witness **DR. SUSAN SCHWARTZ MCDONALD** called to the stand and sworn for testimony. Direct examination by Ms. Bulger. |
| | | 9:40 AM | | | Cross examination by Mr. Marshall. |
| | | 10:18 AM | | | Court is in recess. |
| | | 10:39 AM | | | Court reconvened. Continuation of cross examination by Mr. Marshall. |
| | | 10:51 AM | | | Re-Direct examination by Ms. Bulger. |
| | | 10:58 AM | | | Witness is thanked and excused. Defendants rests their case. |
| | | 11:02 AM | | | Jury is admonished and excused for the day. Jury to return on Monday, 8/9/2021 at 9:30 AM. |
| | | 11:04 AM | | | Plaintiff addressed their Motion for Judgment as a Matter of Law on Defendant's Counterclaims and Affirmative Defenses. |
| | | 11:11 AM | | | Court is in recess |
| | | 1:30 PM | | | Court reconvened. Ms. Bulger addressed Plaintiff's Motion. |
| | | 1:58 PM | | | Ms. Whitworth offered rebuttal. |
| | | 2:00 PM | | | The Court ruled on Plaintiff's Motion and granted the Motion to exclude secondary meaning from instructions and argument. |
| | | 2:02 PM | | | The Court's Proposed Jury Instructions were reviewed and discussed. |
| | | 3:23 PM | | | Court is in recess until Monday, 8/9/2021 at 8:30 AM. |
| | | | | | |
| | | | | | |
| | | | | | |

Click here to enter text.