UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-07641-SI
Case Name: AirWair International Ltd.v. ITX USA Inc.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Susan Illston | Alex Whitworth, Courtney Thompson, Kenneth Lee Marshall | Allan Anderson, Jerrold Abeles, Ross Panko, Ricardo Fischer, Danielle Bulger |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| August 9, 2021 | Ruth Levine Ekhaus | Tana Ingle |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:35 AM | | | Court reconvened. All parties and counsel present. Matters discussed outside the presence of the jury. |
| | | 8:50 AM | | | Court is in recess. |
| | | 9:42 AM | | | Court reconvened. |
| | | 9:44 AM | | | Jury is now present. Jury instructions read to the jury. |
| | | 10:29 AM | | | Closing argument by Mr. Marshall. |
| | | 11:22 AM | | | Court is in recess. |
| | | 11:38 AM | | | Court reconvened. Matters discussed outside the presence of the jury. |
| | | 11:39 AM | | | Jury is now present. |
| | | 11:42 AM | | | Closing argument by Mr. Anderson. |
| | | 12:39 PM | | | Closing rebuttal by Mr. Marshall. |
| | | 12:50 PM | | | Further instructions read to the jury. |
| | | 12:58 PM | | | Jury retires to begin deliberations. |
| | | 12:59 PM | | | The following exhibits are removed from the admitted exhibit list as stipulated by parties. Plaintiff Exhibits: 148 & 160. Defendant Exhibits: 201-210, 217, 220, 221, 229, 244-246, 252, 253, 264, 267, 279, 281, 283, 300, 302, 304-308. |
| | | 1:01 PM | | | Court is in recess. |
| | | 3:50 PM | | | Received question (1) from jury. |
| | | 4:03 PM | | | Court reconvened and discussed the jury's question. |
| | | 4:05 PM | | | Jury is now present. Court addressed jury's question. |
| | | 4:06 PM | | | Court is in recess. |
| | | 4:35 PM | | | Court reconvened. Jury has reached a verdict. |
| | | 4:37 PM | | | Jury is now present. |

Case No: 19-cv-07641-SI

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 4:38 PM | | | Verdict read into record, jury polled, and verdict is unanimous. |
| | | 4:55 PM | | | Jury retired to review inconsistencies on verdict form. |
| | | 5:05 PM | | | Jury is now present. Verdict changes as to questions #13 and #15 read into record. Jury polled and verdict is unanimous. |
| | | 5:10 PM | | | Jury is thanked and excused. Court is adjourned. |